**Order entered July 16, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01579-CV

**DAVID BAGWELL, INDIVIDUALLY AND AS TRUSTEE OF THE DAVID S. BAGWELL TRUST, ET AL, Appellants**

**V.**

**BBVA COMPASS AND SAM MEADE, Appellees**

**On Appeal from the**
**Culberson County, Texas**
**Trial Court Cause No. DC-14-00991**

## ORDER

We **GRANT** appellant David Bagwell's July 15, 2015 unopposed motion for extension of time to file reply brief and **ORDER** the brief be filed no later than August 21, 2015.

/s/     ELIZABETH LANG-MIERS
          JUSTICE